FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

02 DEC 19 PM 2: 13

SIGN_____
by DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES H. TRICHE AND<br>TERRY TRICHE | |
| | CIVIL ACTION |
| VERSUS | No. 01-301-D-M3 |
| C.F. INDUSTRIES, INC. | |

## JUDGMENT

For the reasons assigned in open court at oral argument, IT IS ORDERED, ADJUDGED AND DECREED, as to all of Plaintiffs' claims for relief that judgment be entered in favor of defendant C.F. Industries, Inc. and against plaintiffs James and Terry Triche.

Baton Rouge, Louisiana, December 19th, 2002.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA

DKT. & ENTERED
DATE 12/19/02
NOTICE MAILED TO:
DATE____ BY nt

JB
SE
DLD
JS
NT
PHanc
Triche
Dodart

| INITIALS | DOCKET# |
|---|---|
| nt | 91 |